COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ISIDRO GRAU AND GRISELDA B. GRAU, | § | No. 08-12-00168-CV |
| | § | |
| Appellants, | § | Appeal from the |
| | § | |
| v. | § | 41st District Court |
| | § | |
| GOVERNMENT EMPLOYEES CREDIT UNION – "GECU," | § | of El Paso County, Texas |
| | § | (TC# 2010-3663) |
| Appellee. | § | |

## MEMORANDUM OPINION

Pending before the Court is an agreed motion to dismiss Appellants' appeal. TEX. R. APP. P. 42.1(a). The parties represent to the Court that all matters involved in the appeal have been fully and finally compromised and settled.

We have considered the motion and conclude that the motion should be granted. We therefore dismiss the appeal with prejudice. The parties have agreed that costs are to be paid by the party incurring those costs as set forth in the settlement agreement. *See* TEX. R. APP. P. 42.1(d).

GUADALUPE RIVERA, Justice

October 31, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.